SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>vs.<br><br>Surinder Singh Sidhu, et al,<br><br><br><br>    Defendants | Case No.: CIV.S 08-cv-03096-MCE-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JEFFREY A. LYON AND** *Proposed* **ORDER**<br><br>Complaint Filed: DECEMBER 20, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Jeffrey A. Lyon) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.

PDF created with pdfFactory trial version www.pdffactory.com

Defendant (Jeffrey A. Lyon) is dismissed because this Defendant does not own the subject property.

Dated: February 26, 2009        /s/Scott N. Johnson
                                SCOTT N. JOHNSON
                                Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com