SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>vs.<br><br>Surinder Singh Sidhu, et al<br><br>    Defendants | Case No.: CIV.S 08-cv-03096-MCE-DAD<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: DECEMBER 20, 2008<br><br>**CASE TO REMAIN ACTIVE AS TO DEFENDANT JEFFREY A. LYON'S CROSSCLAIM** |

**IT IS HEREBY STIPULATED** by and between the parties to this action that this action be and is hereby dismissed with prejudice as to Defendant Surinder Singh Sidhu, dba Bridgeview Market, pursuant to FRCP 41 (a)(2). This case is to remain open with respect to Counter Claimant, Jeffrey A. Lyon's, cross claim against Counter Defendant, Scott N. Johnson.

1

STIPULATED DISMISSAL and PROPOSED ORDER      CIV: S-08-cv-03096-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Additionally, Jefferey A. Lyon and Scott N. Johnson request that the court set an early settlement conference in hopes of an early disposition of this action in its entirety.

Dated: April 3, 2009

/s/Jeffrey A. Lyon
JEFFREY A. LYON,
Defendant in Pro Per,

DISABLED ACCESS PREVENTS INJURY, INC.

Dated: April 2, 2009

/s/Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATED DISMISSAL and PROPOSED ORDER        CIV: S-08-cv-03096-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com