SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Surinder Singh Sidhu, et al<br><br>    Defendants. | Case No.: CIV.S 08-cv-03096-MCE-DAD<br><br>**Stipulation and Order**<br>**RE: Reopening Case for Defendant's Counter-Claim** |

Plaintiff, Scott N. Johnson, and Defendant, Jeffrey A. Lyon, hereby stipulate to have this action re-opened as to Defendant Jeffrey A. Lyon's Counter-Claim. This action was erroneously dismissed in its entirety on September 21, 2009.

| | |
|---|---|
| Dated: January 20, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON,<br>Plaintiff |
| Dated: January 25, 2010 | /s/Jeffrey A. Lyon<br>JEFFREY A. LYON,<br>Defendant In Pro Per |

**IT IS ORDERED** that this action is re-opened as to Defendant Jeffrey A. Lyon's Counter-Claim.  A Joint Status Report is to be filed not later than twenty (20) days after this Order is electronically filed.

DATED: January 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE