1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4
5  Attorney for Plaintiff Scott N. Johnson

6
7                    IN THE UNITED STATES DISTRICT COURT
8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   Scott N. Johnson                )   Case No.: CIV.S 08-cv-03096-MCE-DAD
10                                  )
             Plaintiff,             )   **STIPULATION FOR EARLY**
11                                  )   **SETTLEMENT CONFERENCE;**
        vs.                         )   **ORDER**
12                                  )
                                    )
13                                  )
   Surinder Singh Sidhu, et al      )
14                                  )
                                    )
15                                  )
                                    )
16           Defendants             )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20 _____  )

21
22
23     **IT IS HEREBY STIPULATED** by Counter-Defendant, Scott N. Johnson and Counter-
24 Claimant, Jeffrey A. Lyon, that this action be set for early settlement conference.
25
26
27
28

1

1  Dated: January 21, 2010

2                                              /s/Scott N. Johnson
                                               SCOTT N. JOHNSON,
3                                              Counter-Defendant

4  Dated: January 25, 2010

5
                                               /s/Jeffrey A. Lyon
6                                              JEFFREY A. LYON,
                                               Counter-Claimant
7

8  **IT IS SO ORDERED**.

9

10 Dated: January 27, 2010

11
                                               _____
12                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE
13