Jeffrey A. Lyon

4415 Tanglewood Way

Napa, CA 94558

916.375.4060

jeffalanlyon@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott Johnson, Plaintiff

Case No.: CIV.S 08-cv-03096-MCE-DAD

**STIPULATED DISMISSAL OF COUNTER CLAIM**

vs.

Surinder Singh Sidhu, et al.,

Defendants.

AND RELATED COUNTERCLAIM

**IT IS HEREBY STIPULATED** by and between Counter-Plaintiff Jeffrey A. Lyon and Counter-Defendant Scott N. Johnson that the Counter Claim has been settled and is hereby dismissed with prejudice as to Counter-Defendant Scott N. Johnson.

1

STIPULATED DISMISSAL       CIV: S-08-cv-03096-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated:  March ___9___, 2010
3                                          _____/s/_____
4                                          JEFFREY A. LYON,
5                                          Counter-Claimant in Pro Per
6
7  Dated:  March ___2___, 2010
8                                          _____/s/_____
9                                          SCOTT N. JOHNSON,
10                                         Counter-Defendant
11
12 **IT IS SO ORDERED**.  Because the case-in-chief has already been dismissed, the Clerk of Court
13 is now directed to close the case in its entirety now that the counterclaim is also resolved.
14
15 Dated:  March 18, 2010
16                                          _____
17                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATED DISMISSAL         CIV: S-08-cv-03096-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com